IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JARED L. TAYLOR | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RYDER TRUCK RENTAL INC., et al. | : | NO. 19-1068 |

ORDER

AND NOW, this 13th day of June, 2019, after a telephone conference with counsel and for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that this action is transferred, in the interest of justice, pursuant to 28 U.S.C. § 1406(a), to the United States District Court for the Western District of Pennsylvania.

BY THE COURT:


/s/ Harvey Bartle III
                    J.